John MACKIE, Jr., Appellant,

v.

UNITED STATES of America.

No. 16415.

United States Court of Appeals
Eighth Circuit.

March 7, 1960.

Robert Vogel, U. S. Atty., and Gordon Thompson, Asst. U. S. Atty., Fargo, N. D., for appellee.

PER CURIAM.

Appeal from District Court dismissed as frivolous.

NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

GREATER ST. LOUIS BOWLING PROPRIETORS ASSOCIATION, INC., et al.

No. 16390.

United States Court of Appeals
Eighth Circuit.

March 15, 1960.

Thomas J. McDermott, Assoc. Gen. Counsel, and Marcel Mallet-Prevost, Asst. Gen. Counsel, NLRB, Washington, D. C., for petitioner.

William J. Becker, Clayton, Mo., Robert W. Kroening and Norman W. Armbruster, St. Louis, Mo., for respondents.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement and stipulation filed with Board.

FIRST BANK STOCK CORPORATION, Petitioner,

v.

BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM.

No. 16337.

United States Court of Appeals
Eighth Circuit.

March 16, 1960.

Joseph H. Colman, W. F. Marquart and John G. Dorsey, Minneapolis, Minn., for petitioner.

Samuel D. Slade, and John G. Laughlin, Attys., Department of Justice, Washington, D. C., for respondent.

PER CURIAM.

Petition for review of order of Board of Governors of Federal Reserve System dated July 21, 1959, dismissed as moot, without prejudice and without costs.

Donald R. SHULTZ, Trustee in Bankruptcy of the Estate of Halford Wheaton, Bankrupt, Appellant,

v.

Halford WHEATON, Bankrupt.

No. 16435.

United States Court of Appeals
Eighth Circuit.

March 24, 1960.

Blaine Simons, Sioux Falls, S. D., for appellant.

Francis J. Parker, Deadwood, S. D., and John G. Potter, Rapid City, S. D., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant.